# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL CHARLES,<br>　　Plaintiff<br><br>　　v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, FEDERAL<br>BUREAU OF PRISONS,<br>　　Defendant | No. 1:17-cv-02250<br><br>(Judge Rambo) |

# ORDER

**AND NOW**, on this 19th day of November 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's unopposed motion to dismiss or, in the alternative, for summary judgment (Doc. No. 14), is **GRANTED**;

2. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute; and

3. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　s/Sylvia H. Rambo
　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　United States District Judge